rule 107, subd. 8); and (3) upon the ground that the amount of damages sought to be recovered in the complaint exceeds the amount set forth in the summons. From that order defendants appeal. Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

CHARLES W. LUTZ, Respondent, v. LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant.— Action under section 109 of the Insurance Law to recover the amount of a judgment heretofore obtained by plaintiff for personal injuries caused by the negligence of a contractor, who was insured under a public liability policy issued by defendant. Order directing that the defendant and Ronald A. Balme, its employee, submit to examination before trial and that it produce on the examination a copy of Balme's complete report of his investigation, affirmed, with ten dollars costs and disbursements, examination to proceed on five days' notice. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED CAPONI, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crime of violating section 974 of the Penal Law (possessing policy slips) unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATSY CAPONI, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crime of violating section 974 of the Penal Law (possessing policy slips) unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CORBANI, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crime of violating section 974 of the Penal Law (possessing policy slips) unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELBERT PLATT, True Name ALBERT PLATT, Appellant.— The defendant was convicted of the crime of assault in the second degree by the judgment of the County Court of Nassau county, entered on his plea of guilty. The appeal is from the judgment of conviction and from the denial of defendant's motion to be permitted to withdraw his plea of guilty and to substitute a plea of not guilty therefor. Judgment and order of the County Court of Nassau county unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

JOHN REISING, Appellant, v. MANSFIELD SEAMAN, Respondent.— In an action for breach of a contract for the sale of oysters, plaintiff was nonsuited. Judgment of the County Court of Nassau county reversed on the law and a new trial granted, with costs to appellant to abide the event. Accepting plaintiff's testimony as true, the defendant agreed to sell plaintiff 5,000 bushels of oysters at one dollar and thirty-five cents a bushel and, after the delivery of 1,400 bushels, the defendant